# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 06-0727-WS-M** |
| | ) |
| **ROBERT SHANE MORGAN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 19th day of January, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE